

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-14-00627-CV

Raymond S. **DE LEON** II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellant

v.

Josefina Alexander **GONZALEZ**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

On September 4, 2014, appellant Raymond S. De Leon II, Trustee of The Delfina & Josefina Alexander Family Trust, filed a notice seeking to appeal an order entered on August 6, 2014, by the 408th Judicial District Court, Webb County, Texas in trial court cause number 2014-CVQ-001098-D4. The district court's order granted, in part, a motion to reconsider a plea in abatement of trust administration claims and ordered the Successor Trustee, Raymond S. De Leon, II, to prepare an accounting. Appellant also filed a motion for emergency stay, requesting this court to stay the portion of the district court's order requiring the accounting to be produced by September 6, 2014.

Appellant's notice of appeal states that the notice is being filed "as an appeal from a final judgment or a final probate court order." Even if the probate exception to the "one final judgment" rule is applicable in this appeal, however, an order for an accounting is interlocutory and not appealable. *See Pollard v. Pollard*, 316 S.W.3d 238, 240-41 (Tex. App.—Dallas 2010, no pet.). It is therefore ORDERED that appellant show cause in writing **no later than** September 19, 2014, why this appeal should not be dismissed for lack of jurisdiction. Appellant's motion for emergency stay is HELD IN ABEYANCE pending appellant's provision of authority to support this court's jurisdiction over this appeal in appellant's response to this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2014.



Keith E. Hottle
Clerk of Court